**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 03-6543**

———————————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

MARTIN SANCHEZ,

                                    Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of South Carolina, at Columbia.   Joseph F. Anderson, Jr., Chief District Judge.  (CR-97-281)

———————————

Submitted:  June 5, 2003              Decided:  June 26, 2003

———————————

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Martin Sanchez, Appellant Pro Se.  Nancy Chastain Wicker, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Martin Sanchez appeals the district court's orders denying his "motion to expurgate," which he filed pursuant to 28 U.S.C. § 2241 (2000), and denying his motion for reconsideration. We have reviewed the record and find that Sanchez's claim for relief under § 2241 is unavailing because he does not meet the test for proceeding under this statute as set forth in In re Jones, 226 F.3d 328, 333-34 (4th Cir. 2000). Accordingly, we find that the district court did not err in denying Sanchez's "motion to expurgate" and thus affirm its order denying the motion. We affirm the district court's denial of Sanchez's motion for reconsideration for the reasons stated by the district court. See United States v. Sanchez, No. CR-97-281 (D.S.C. Mar. 21, 2003). We dispense with oral argument because the facts and legal issues are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2